DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NELSON OMAR TORRES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0323

[May 20, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 562021CF002198AXXXXX.

Daniel Eisinger, Public Defender and Summer Ivy Hill, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Nathanial LeBlanc, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See, e.g., Guzman v. State*, 350 So. 3d 72 (Fla. 4th DCA 2022), rev. denied SC2022-1597 (Fla. June 6, 2023), cert. denied No. 23-5173 (U.S. May 28, 2024).

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely-filed motion for rehearing.*